IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NATALIE DAWN MCLAREN )
)
v. ) NO. 3-11-0224
) JUDGE CAMPBELL
T. HOLLAND MCKINNIE, et al. )

ORDER

Pending before the Court is Plaintiff's Motion to Dismiss (Docket No. 12), in which Plaintiff indicates that she wishes to dismiss this action because the issues brought in her petition are now moot.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), this action is DISMISSED, and the Clerk is directed to close the file. Any other pending Motions are denied as moot, and this Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE